723 A.2d 156

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Reuben STEVENSON, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 7, 1998.

William E. Ruane, Asst. Public Defender, Nicholas G. Theodore, Public Defender, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 7th day of December, 1998, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the following issue:

Whether the packages containing drugs were properly recovered from Petitioner's pants pocket pursuant to the Plain Feel Doctrine.

This matter is to be consolidated for argument with *In the Interest of R. A., a Minor,* 555 Pa. 113, 723 A.2d 156.